IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

HALEY NICOLE RHODES, a minor, by        )
and through her parents WANDA MARIE      )
RHODES and BUSTER LEE RHODES            )
and BRANDON MATTHEW                      )
RHODES, a minor, by and through          )
his parents WANDA MARIE RHODES           )
and BUSTER LEE RHODES                    )       No. 1:05-1020-JDT-tmp
                                         )
            Plaintiffs,                   )
                                         )
v.                                       )
                                         )
SUSAN WALLACE and                        )
HENDERSON COUNTY BOARD                   )
OF EDUCATION,                            )
                                         )
            Defendants.                   )

---

## ORDER PERMITTING WITHDRAWAL OF COUNSEL

---

Jason B. Rudd and Jon A. York, attorneys for Defendant Susan Wallace, have moved the

Court to permit them to withdraw as counsel in this action. Defendant Susan Wallace consents

to this withdrawal. Counsel for the Plaintiffs and Co-Defendant do not object to the withdrawal

and Defendant Susan Wallace is currently, and will continue to be, represented by other counsel

in this matter. Furthermore, withdrawal from this case by Attorneys Jason B. Rudd and Jon A.

York will not prejudice the parties and will not cause any delay in this matter. Accordingly,

Attorneys Jason B. Rudd and Jon A. York's motion to withdraw as counsel in this matter is

GRANTED.

IT IS SO ORDERED.

_____
JUDGE

DATE: _____August 3, 2005_____

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __8/9/05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 1:05-CV-01020 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

R. Dale Thomas
RAINEY KIZER  REVIERE & BELL
209 East Main Street
Jackson, TN 38302--114

Jason B. Rudd
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Charles M. Purcell
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

James Brandon McWherter
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Jennifer Craig
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Honorable James Todd
US DISTRICT COURT