FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

05 NOV -1  PM 2:44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

HALEY NICOLE RHODES, a minor,
and BRANDON MATTHEW RHODES, et al.,

    Plaintiffs,

VS.                                                                 No. 05-1020-T-P

SUSAN WALLACE, et al.,

    Defendants.

## ORDER OF REFERENCE

Defendant Henderson County Board of Education's Motion for Protective Order and In Camera Inspection and Request for Expedited Hearing are hereby referred to United States Magistrate Judge Tu Pham for disposition.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

1 November 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 11/2/05

48



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 1:05-CV-01020 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

James Brandon McWherter
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Jennifer Craig
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Charles M. Purcell
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Clinton H. Scott
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

R. Dale Thomas
RAINEY KIZER  REVIERE & BELL
209 East Main Street
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT