IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| HALEY NICOLE RHODES, a minor, and BRANDON MATTHEW RHODES, ET AL., | ) ) ) ) |
| Plaintiffs, | ) ) |
| VS. | ) No. 05-1020-T-P ) |
| SUSAN WALLACE, ET AL., | ) ) |
| Defendants. | ) |

### ORDER OF REFERENCE

Defendant Susan Wallace's Motion for Protective Order is hereby referred to United States Magistrate Judge Tu Pham for disposition.

IT IS SO ORDERED.

*(signature)*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

7 November 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 11/8/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 1:05-CV-01020 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Jennifer Craig
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Charles M. Purcell
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Clinton H. Scott
SPRAGINS BARNETT COBB & BUTLER
312 East Lafayette St.
Jackson, TN 38302--200

James Brandon McWherter
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

R. Dale Thomas
RAINEY KIZER REVIERE & BELL
209 East Main Street
Jackson, TN 38302--114

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT